UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| LAURENCE A. FISHEL, | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:15-cv-50 |
| -v- | ) | |
| | ) | HONORABLE PAUL L. MALONEY |
| MICHIGAN STATE UNIVERSITY, ET AL., | ) | |
| Defendants. | ) | |
| _____ | ) | |

## JUDGMENT

In accordance with the Opinion and Order entered on this date (ECF No. 51), and

consistent with Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**IT IS SO ORDERED**.

Date:   July 19, 2016                         /s/ Paul L. Maloney
                                            Paul L. Maloney
                                            United States District Judge